USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-11-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America,

**ORDER**

**15-CR-171 (ALC)**

-v-

Larry Werbel,

Defendant(s)

------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The July 11, 2018 sentencing is adjourned to **July 17, 2018** at **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
June 11, 2018

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE